In the Matter of the Probate of the Last Will and Testament of Minnie J. Cantine, Deceased.— Motions for reargument denied, with ten dollars costs. Motions for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

Alex C. Rockenbrock, Respondent, v. International Railway Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Crouch, Taylor, Edgcomb, Thompson and Crosby, JJ.

Rose Rockenbrock, Respondent, v. International Railway Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Crouch, Taylor, Edgcomb, Thompson and Crosby, JJ.

Stella Colletti, as Administratrix, etc., of Anthony J. Colletti, Deceased, Respondent, v. Vine-Martyr, Incorporated, Appellant, Impleaded with Another, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

The People of the State of New York ex rel. Arthur J. Lynch, Respondent, v. William Laughlin, as Mayor of the City of Niagara Falls, and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

Anna Durnin, Respondent, v. Ætna Life Insurance Company, Appellant. — Motion for leave to appeal to Court of Appeals granted. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.